1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6

| | |
|---|---|
| 7  CYNTHIA STOCKTON, et al., )  | |
| 8              Plaintiff(s),   ) | Case No. 2:12-cv-02000-LRH-NJK |
| 9  vs.                         ) | ORDER GRANTING MOTION SEEKING DISCOVERY |
| 10 COOK MEDICAL INC., et al.,  ) | CONFERENCE (Docket No. 19) |
| 11             Defendant.      ) | |

13   Pending before the Court is the parties' joint request that the Court hold a conference to
14 discuss their proposed discovery plan. Docket No. 19. For good cause shown, the Court grants that
15 motion and hereby schedules a discovery conference in this matter for March 29, 2013 at 11:00 a.m.
16 in Courtroom 3D.

17       IT IS SO ORDERED.

18       DATED: March 22, 2013

                                    _____
                                    NANCY J. KOPPE
                                    United States Magistrate Judge