# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA STOCKTON, et al. | Case No. 2:12-cv-02000-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| COOK MEDICAL INCORPORATED, et al., | |
| Defendant(s). | |

On August 15, 2014, the Court held a hearing on the pending motion to stay pending resolution of an MDL transfer motion. *See* Docket No. 46. The Court ordered Defendants to file a notice with the Court regarding whether they were opposing the MDL consolidation. *See id.*[1] To date, no such notice has been filed. Accordingly, Defendants are hereby ORDERED to file such a notice no later than August 27, 2014. Failure to comply with this order will result in the issuance of an order to show cause why sanctions should not issue.

IT IS SO ORDERED.

DATED: August 25, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Defendants' response to the Motion to Transfer was due to be filed with the JPML no later than August 15, 2014. *See* Docket No. 43 at 2.